

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00808-CV

**IN THE INTEREST OF A.N.S., M.A.W., K.K.S., S.N.W., AND A.E.S.**, Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-PA-00859
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of termination is AFFIRMED.

SIGNED August 5, 2026.

H. Todd McCray, Justice